**Opinion issued January 15, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-26-00030-CR**

**NO. 01-26-00031-CR**

**NO. 01-26-00032-CR**

**NO. 01-26-00033-CR**

_____

**IN RE ALBERT T. MCNEAL, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Albert T. McNeal has filed a petition for writ of mandamus, complaining that the trial court has refused to consider his application for writ of habeas corpus.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We deny all outstanding motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish. *See* TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Albert T. McNeal*, cause numbers 1730431, 1730463, 1758344, & 1758345, pending in the 230th District Court of Harris County, Texas, the Honorable Chris Morton presiding.